1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Sylvia Hernandez

7

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

12 | SYLVIA HERNANDEZ,              ) Case No.: CV 10-8414 PLA
                                    )
13 |          Plaintiff,             ) ORDER AWARDING EQUAL
                                    ) ACCESS TO JUSTICE ACT
14 |     vs.                         ) ATTORNEY FEES AND EXPENSES
                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
15 | MICHAEL J. ASTRUE,              ) AND COSTS PURSUANT TO 28
     Commissioner of Social Security,) U.S.C. § 1920
16 |                                 )
            Defendant                )
17 |                                 )
                                    )
18

19      Based upon the parties' Stipulation for the Award and Payment of Equal

20 Access to Justice Act Fees, Costs, and Expenses:

21      IT IS ORDERED that fees and expenses in the amount of $3,200.00 as

22 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

23 DATE:  October 3, 2011

24                                  _____
                                    THE HONORABLE PAUL L. ABRAMS
25                                  UNITED STATES MAGISTRATE JUDGE

26

-1-